# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

**In re:**

| | |
|---|---|
| **JOSEPH P. SHAINE** | **CHAPTER 13** |
| | **CASE NO. 23-40650-EDK** |
| **Debtor(s)** | |

## DEBTOR'S RESPONSE TO OBJECTION TO CONFIRMATION

NOW COMES Joseph P. Shaine (hereinafter "Debtor"), by and through his attorney, Carl D. Aframe and files his response to the Objection to Confirmation filed by Barbara Sennett, Hans Wager and J. Doe (hereinafter "Creditors") as follows:

1. Debtor admits.

2. Debtor admits.

3. Debtor admits.

4. Debtor admits.

5. Debtor admits.

6. Debtor admits.

7. Debtor denies.

8. Debtor admits, however by way of further response, the Debtor is in the process of either obtaining an appraiser to determine the value of the artwork and assorted collectibles or to determine the valuation through internet investigation. Debtor admits that without valuation of the collectibles, it would be difficult to determine whether or not the plan is feasible and in the

best interest of the creditors. The last sentence in this paragraph requests two separate rulings by the Court and therefore, Debtor denies same.

9. Debtor admits that there is no sale prospect as yet, however the Debtor is in the process of securing a plan for the septic system. Once that has been obtained the Debtor intends to hire a broker to market the property.

10. Debtor denies.

11. Debtor denies.

12. Debtor admits.

13. The value available to the creditors will be determined by the sale of real estate and value of collectibles. This objection is nothing else premature.

14. This is a legal argument to which no response will be made, inasmuch as this is a correct statement.

15. Debtor denies as to being a fee-only case and denied as to whether or not the special circumstances.

16. Debtor Denies.

    Joseph P. Shaine
    by his attorney,

    /s/ *Carl D. Aframe*

    Carl D. Aframe, Esq., BBO #012780
    AFRAME & BARNHILL P.A.
    390 Main Street, Suite 901
    Worcester, MA 01608
    (508) 756-6940
    (508) 753-8219 Fax
    aframe@aframebarnhill.net

Dated:   October 24, 2023

## **CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David Mawhinney
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01608

Cynthia R. Ravosa, Esquire
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760

                                        /s/ *Carl D. Aframe*
                                        _____
                                        Carl D. Aframe, Esq., BBO #012780
                                        aframe@aframebarnhill.net