11/15/2023   THE OBJECTING PARTY IS ORDERED TO FILE A CERTIFICATE OF CONFERENCE IN ACCORDANCE WITH MASSACHUSETTS LOCAL BANKRUPTCY RULE 13-8(e) WITHIN SEVEN (7) DAYS OF THE DATE OF THIS ORDER, FAILING WHICH THE OBJECTION MAY BE OVERRULED WITHOUT PREJUDICE.   /s/ Elizabeth D. Katz

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO. 23-40650-EDK |
| JOSEPH P. SHAINE, | |
| Debtor | |

### OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come Barbara Sennett, Hans Wager, and J. Doe,[1] creditors and parties-in-interest herein (collectively, "Creditors"), by and through their undersigned Counsel, and hereby object to confirmation of the Debtor's Proposed Chapter 13 Plan. As grounds therefore, Creditors state as follows:

1. Creditors are holders of a claim against the Debtor, among other non-filing co-debtors, arising from injuries caused by the Debtor.

2. The Claim is presently pending in the Middlesex County Superior Court as Case No.: 2381CV01291 (the "Civil Case"). The Debtor was defaulted by the state court pre-petition. However, judgment and a damages award has not yet entered. Creditors are seeking judgment in the amount of $4,121,000.00 (plus fees and costs). The Civil Case has been stayed against all defendants by operation of 11 U.S.C. §§ 362 and 1301.

3. On August 9, 2023, the Debtor commenced these proceedings by filing a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code (11 U.S.C. §§ 101, *et seq.*, the "Code").

4. On September 21, 2023, the Debtor filed his Chapter 13 Plan (Doc. 20, the "Plan").

---

[1] J. Doe is a pseudonym. J. Doe is a minor child whose name is therefore redacted pursuant to Fed. R. Bankr. P. 9037.