**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**In re:**

| | |
|---|---|
| **JOSEPH P. SHAINE** | **CHAPTER 13** |
| | **CASE NO. 23-40650-EDK** |
| **Debtor(s)** | |

**DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S**
**OBJECTION TO AMENDED EXEMPTIONS**

NOW COMES Joseph P. Shaine (hereinafter "Debtor"), by and through his attorney, Carl D. Aframe and files his response to the Chapter 13 Trustee's Objection to Amended Exemptions as follows:

1. Debtor admits and states that he will file an Amended Chapter 13 Plan on or before February 20, 2024 which will correctly elect the State Exemptions.

2. Debtor admits and states that he will correct the exemptions in his Amended Chapter 13 Plan.

WHEREFORE, the Debtor respectfully requests that this Court issue an Order:

1. Denying the Chapter 13 Trustee's Motion to Dismiss; and/or

2. For any other relief this Court deems just and meet.

                                                  Joseph P. Shaine
                                                  by his attorney,

Dated: January 19, 2024                /s/ *Carl D. Aframe*_____
                                                  Carl D. Aframe, Esq., BBO #012780
                                                  AFRAME & BARNHILL P.A.
                                                  390 Main Street, Suite 901
                                                  Worcester, MA 01608
                                                  (508) 756-6940
                                                  (508) 753-8219 Fax
                                                  aframe@aframebarnhill.net

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David Mawhinney
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01608

Cynthia R. Ravosa, Esquire
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760

/s/ *Carl D. Aframe*

_____
Carl D. Aframe, Esq., BBO #012780
aframe@aframebarnhill.net