**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**In re:**

    **JOSEPH P. SHAINE**                                 **CHAPTER 13**
                                                                **CASE NO. 23-40650-EDK**

        **Debtor(s)**

## OPPOSITION TO MOTION FOR RELIEF FROM STAY

    NOW COMES Joseph P. Shaine (hereinafter "Debtor") by and through his attorney, Carl D. Aframe and responds to the Motion for Relief from Stay filed by creditors Barbara Sennett, Hans Wagner and J. Doe as follows:

1. Admit

2. Admit

3. Admit

4. Admit

5. Insufficient knowledge

6. Admit

7. Admit

8. Admit

9. Admit

10. Admit

11. Admit

12. Admit

13. Admit

14. Admit

15. Deny

16. Admit

17. Deny

18. Admit

19. Admit

20. Admit

21. Admit

22. Admit

23. Admit

24. Admit

25. Admit

26. Admit

27. Deny

28. Insufficient knowledge

29. Deny

30. Deny

31. Insufficient knowledge

32. Deny

33. Deny

34. Deny

35. Deny

36. Deny

37. Deny

38. Deny

39. Deny

40. Deny

41. Insufficient knowledge

42. Insufficient knowledge

43. Deny

44. Deny

45. Deny

46. Deny

47. Deny

48. Deny

49. Deny

50. Deny

51. Admit

52. Deny

53. Deny

54. Deny

WHEREFORE, the Debtor requests this Court enter an Order:

1. Denying the Motion for Relief from Stay; and/or

2. For any other relief this Court deems just and meet.

                                                    Joseph P. Shaine

                                                    by his attorney,

/s/ *Carl D. Aframe*

Carl D. Aframe, Esq., BBO #012780
AFRAME & BARNHILL P.A.
390 Main Street, Suite 901
Worcester, MA 01608
(508) 756-6940
(508) 753-8219 Fax

aframe@aframebarnhill.net

Dated:  April 19, 2024

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David Mawhinney
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01608

Elizabeth K. Keeley, Esquire
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116

Ravosa Law Offices, P.C.
1 South Avenue
Natick, MA 01760

/s/ *Carl D. Aframe*

Carl D. Aframe, Esq., BBO #012780

aframe@aframebarnhill.net