**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

**In re:**

    **JOSEPH P. SHAINE**　　　　　　　　　　　**CHAPTER 13**
　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. 23-40650-EDK**
        **Debtor(s)**

**OPPOSITION TO MOTION TO CONVERT FROM CHAPTER 13 TO CHAPTER 7**

NOW COMES Joseph P. Shaine (hereinafter "Debtor") by and through his attorney, Carl D. Aframe and responds to the Motion for Relief from Stay filed by creditors Barbara Sennett, Hans Wagner and J. Doe as follows:

1. Debtor admits.
2. Debtor admits.
3. Debtor neither admits nor denies.
4. Debtor admits.
5. Debtor admits.
6. Debtor admits.
7. Debtor denies.
8. Debtor admits.
9. Debtor admits.
10. Debtor admits.
11. Debtor admits that he amended Schedule I.

12. Debtor admits.

13. Debtor neither admits nor denies.

14. Debtor admits.

WHEREFORE, WHEREFORE, the Debtor requests this Court enter an Order:

1. Denying the Motion to Convert to Chapter 7 and/or

2. For any other relief this Court deems just and meet.

          Joseph P. Shaine

          by his attorney,

          /s/ *Carl D. Aframe*

          _____
          Carl D. Aframe, Esq., BBO #012780
          AFRAME & BARNHILL P.A.
          390 Main Street, Suite 901
          Worcester, MA 01608
          (508) 756-6940
          (508) 753-8219 Fax

          aframe@aframebarnhill.net

Dated:  April 19, 2024

**CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by mailing same to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

United States Trustee
446 Main Street, 14th Floor
Worcester, MA 01608

David Mawhinney
Chapter 13 Trustee
P.O. Box 964
Worcester, MA 01608

Elizabeth K. Keeley, Esquire
Butters Brazilian LLP
420 Boylston Street, 4th Floor
Boston, MA 02116

Ravosa Law Offices, P.C.
1 South Avenue
Natick, MA 01760

/s/ *Carl D. Aframe*

_____
Carl D. Aframe, Esq., BBO #012780
aframe@aframebarnhill.net