**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

---

**In re:**

| | |
|---|---|
| **JOSEPH P. SHAINE** | **CHAPTER 13** |
| | **CASE NO. 23-40650-EDK** |
| **Debtor(s)** | |

---

### MOTION OF CARL D. AFRAME ESQUIRE TO WITHDRAW AS COUNSEL TO THE DEBTOR

NOW COMES Carl D. Aframe and respectfully requests that this Court allow him to withdraw as counsel for the Debtor in the above referenced bankruptcy Case No. 23-40650 and the pending Adversary Proceeding No. 23-04030.

The Debtor assents to counsel's withdrawal.

WHEREFORE, the movant respectfully requests that this Court enter an Order:

1. allowing him to withdraw as counsel of record for Joseph P. Shaine, effective immediately and/or

2. for any other relief this Court deems just and meet.

/s/ *Carl D. Aframe*

_____

Carl D. Aframe, Esq., BBO #012780
AFRAME & BARNHILL P.A.
390 Main Street, Suite 901
Worcester, MA 01608
Telephone: 508.756.6940
Facsimile:  508.753.8219
aframe@aframebarnhill.net

Dated:  April 23, 2024

**CERTIFICATE OF SERVICE**

I, Carl D. Aframe, do hereby certify that upon receipt of the notice of electronic service, I served a copy of the within document by emailing or first-class mail, postage prepared to any of the parties below who are not deemed to have consented to electronic notice or service under EFR 9.

| | |
|---|---|
| United States Trustee<br>446 Main Street, 14th Floor<br>Worcester, MA 01608 | Cynthia R. Ravosa, Esquire<br>Matthew M. Hamel, Esquire<br>Massachusetts Bankruptcy Center<br>One South Avenue<br>Natick, MA 01760 |
| David Mawhinney<br>Chapter 13 Trustee<br>P.O. Box 964<br>Worcester, MA 01613 | Joseph P. Shaine<br>7-9 North End Road<br>Townsend, MA 01469 |

Dated: April 23, 2024        /s/ *Carl D. Aframe*
                              _____
                              Carl D. Aframe, Esq., BBO #012780
                              aframe@aframebarnhill.net

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

Barbara Sennett, Hans Wanger & J. Doe
c/o Elizabeth K. Kelley
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

JP Morgan Chase Bank, N.A.
National Bankruptcpy Department P.O. Box 901032
Fort Worth, TX 76101


JP Morgan Chase Bank, N.A.
National Bankrupty Department
P.O. Box 29505
Phoenix, AZ 85937

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Main Street Bank
81 Granger Boulevard
Marlborough, MA 01752


Manchester Urology
4 Elliot Way, Suite 200

Manchester, NH 03103

Peter Roberts & Associates
231 E. Main Street, Suite 201
Milford, MA 01757

Santander Bank
Attn: Bankruptcy
Ma1-Mb3-01-09
P.O. Box 41002
Boston, MA 02284

Susan Shaine
7 North End Road
Townsend, MA 01469

Syncb/Verizon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

US Bank, N.A. Elan Financial Services
Bankruptcy Department
P.O. Box 108
Sant Louis, MO 63166

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

U.S. Bank National Association
dba Elan Financial Services
Bankrupty Dept.
P.O. Box 108
Saint Louis, MO 63166

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402