UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) ) ) | CHAPTER 13<br>CASE NO. 23-40650-EDK |
| JOSEPH P. SHAINE, | ) ) ) ) |  |
| Debtor |  |  |

# CREDITORS' RESPONSE TO DEBTOR'S COUNSEL'S MOTION TO WITHDRAW APPEARANCE

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come the Creditors, Barbara Sennett, Hans Wagner, and J. Doe[1] (collectively, "Creditors"), and respectfully submit this Response to the Debtor's Counsel's Motion to Withdraw Appearance. Creditors do not oppose Attorney Aframe's Motion to Withdraw his Appearance in this matter. However, Creditors file this Response to raise the issue of Attorney Aframe's fees.

Attorney Aframe's fees have been a source of contention throughout this entire bankruptcy case. According to the Disclosure of Compensation of Attorney for Debtor filed by Attorney Aframe (Doc. 19, the "Disclosure"), indicates that he received $10,000.00 from the Debtor "for fees and costs." Attorney Aframe further notes in the Disclosure that $0.00 was received prepetition, meaning that the entire $10,000.00, less any expenses, was for post-petition work. As Attorney Aframe has not filed a fee application pursuant to MLBR 13-7 (as amended by Standing Order 2019-03[2]).

No Plan has been confirmed in this matter. Therefore, Creditors submit that all work performed on this case by Attorney Aframe was pre-confirmation. Indeed, Attorney Aframe admitted in a subsequently filed Motion to Extend the Deadline (Doc. 125) that, "Counsel [Aframe] is unable

---

[1] J. Doe is a pseudonym. J. Doe is a minor child whose name is therefore redacted pursuant to Fed. R. Bankr. P. 9037.
[2] Wherever MLBR 13-7 is cited herein, it is implied that citation is being made to MLBR 13-7 as amended by Standing Order 2019-03, unless otherwise noted.

to file a feasible Amended Plan," making the prospect of this Debtor ever achieving a confirmed plan incredibly unlikely. The "no look" fee for prepetition work is $4,000.00, and qualified expenses totaling $1,000.00 or less. MLBR 13-7(e). Attorney Aframe's total fees and expenses greatly surpass this $5,000.00 combined fees/costs no-look limit and, as such, he is required to file an Application for Compensation pursuant to MLBR 13-7(f)(1).

Creditors have no opposition to Attorney Aframe's Motion to Withdraw, so long as it is with the acknowledgement that the requirement to file an Application for Compensation remains outstanding.

WHEREFORE, the Creditors, Barbara Sennett, Hans Wagner, and J. Doe, respectfully request that this Honorable Court grant Attorney Aframe's Motion to Withdraw Appearance on the condition that fees remain subject to review by the Court.

    Respectfully submitted,
    The Creditors,
    Barbara Sennett
    Hans Wagner, and
    J. Doe,

    By their attorney,

    /s/ Cynthia R. Ravosa
    Cynthia R. Ravosa, Esquire
    Massachusetts Bankruptcy Center
    One South Avenue
    Natick, MA 01760
    (508)-655-3013
    (617) 720-1104 (fax)
    BBO No. 696996
    massachusettsbankruptcycenter@gmail.com

Dated: May 1, 2024

## **CERTIFICATE OF SERVICE**

I, Cynthia R. Ravosa, Esq., counsel for the Creditors Barbara Sennett, Hans Wagner, and J. Doe, hereby certify that on this 1st day of May, 2024, I served the foregoing *Response* by causing a true copy thereof to be delivered electronically to:

**23-40650 Notice will be electronically mailed to:**

Carl D. Aframe on behalf of Debtor Joseph P. Shaine
aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Carl D. Aframe on behalf of Defendant Joseph P. Shaine
aframe@aframebarnhill.net, connole@aframebarnhill.net;aframe@ecf.courtdrive.net

Matthew M. Hamel on behalf of Plaintiff Barbara Sennett
mhamel@ravosalaw.com

Matthew M. Hamel on behalf of Plaintiff Hans Wagner
mhamel@ravosalaw.com

Matthew M. Hamel on behalf of Plaintiff J. Doe
mhamel@ravosalaw.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

David A. Mawhinney-Ch13
davidmawhinney@ch13worc.com

Cynthia Ravosa on behalf of Creditor Barbara Sennett
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Creditor Hans Wagner
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Creditor J. Doe
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff Barbara Sennett
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff Hans Wagner
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff J. Doe
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Dated: May 1, 2024

                                                                                             /s/ Cynthia R. Ravosa_____

CYNTHIA R. RAVOSA