UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| | )   **CHAPTER 13** |
| **JOSEPH P. SHAINE** | )   **CASE NO. 23-40650 - EDK** |
| **DEBTOR** | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, Carl D. Aframe, do hereby certify a copy of the attached document was sent to those parties who filed an appearance in this case via the Court's CM/ECF System and to the attached list, via first class mail, postage prepaid on April 25, 2024.

US Trustee
446 Main Street
Worcester, MA 01608

David A. Mawhinney
Chapter 13 Trustee
PO Box 964
Worcester, MA 01613

Joseph P. Shaine
7-9 North End Road
Townsend, MA 01469
*(via email on 4.23.2024)*

Cynthia R. Ravosa, Esquire
Massachusetts Bankruptcy Center
One South Avenue
Natick, MA 01760

Respectfully submitted,

/s/ *Carl D. Aframe*
_____
Carl D. Aframe, Esq., BBO #012780
Aframe & Barnhill, P.A.
390 Main Street, Suite 901
Worcester, MA 01608
(508) 756-6940 Telephone
(508) 753-8219 Fax
aframe@aframebarnhill.net

Dated: May 6, 2024

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Joseph P. Shaine,
Debtor

Chapter: 13
Case No: 23-40650
Judge Elizabeth D. Katz

## NOTICE OF TELEPHONIC NONEVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that a **HEARING** will be held on **5/15/24 at 10:00 AM** before the Honorable Judge Elizabeth D. Katz, the hearing will be held **TELEPHONICALLY** to consider the following:

[123] Motion of Carl D. Aframe to Withdraw as Counsel to the Debtor

THIS HEARING WILL BE CONDUCTED TELEPHONICALLY. PARTIES MAY PARTICIPATE BY DIALING 646-828-7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED.

**OBJECTION/RESPONSE DEADLINE:**

If no deadline is set, the objection/response deadline shall be governed by the Federal Rules of Bankruptcy Procedure (FRBP) and the Massachusetts Local Bankruptcy Rules (MLBR). If no objection/response is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. See MLBR 9013-1(f).

**THE MOVING PARTY IS RESPONSIBLE FOR:**

1. Serving a copy of this notice upon all parties entitled to notice within two (2) business days; and
2. Filing a certificate of service with respect to this notice seven (7) days after the date of issuance set forth below. If the hearing date is fewer than seven (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. **If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.**

**NOTICE TO ALL PARTIES SERVED:**

1. <u>Your rights may be affected.</u> You should read this notice, the above referenced pleading and any related documents carefully and discuss them with your attorney, if you have one. If you do not have an attorney, you may wish to consult one.
2. Any request for a continuance **MUST** be made by **WRITTEN MOTION** filed and served at least one (1) business day prior to the hearing date. See MLBR 5071-1.
3. The above hearing shall be <u>nonevidentiary</u>. If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule an evidentiary hearing. <u>If this is a hearing under section 362</u>, it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court schedules an evidentiary hearing.

Date: 4/23/24

By the Court,

<u>Stephen Reynolds</u>
Deputy Clerk
413-785-6909

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

American Express
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355

Barbara Sennett, Hans Wanger & J. Doe
c/o Elizabeth K. Kelley
Butters Brazilian LLP
699 Boylston Street, 12th Floor
Boston, MA 02116

Citibank
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

JP Morgan Chase Bank, N.A.
National Bankruptcpy Department P.O. Box 901032
Fort Worth, TX 76101


JP Morgan Chase Bank, N.A.
National Bankrupty Department
P.O. Box 29505
Phoenix, AZ 85937

LVNV Funding, LLC
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603

Main Street Bank
81 Granger Boulevard
Marlborough, MA 01752


Manchester Urology
4 Elliot Way, Suite 200

Manchester, NH 03103

Peter Roberts & Associates
231 E. Main Street, Suite 201
Milford, MA 01757

Santander Bank
Attn: Bankruptcy
Ma1-Mb3-01-09
P.O. Box 41002
Boston, MA 02284

Susan Shaine
7 North End Road
Townsend, MA 01469

Syncb/Verizon
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

US Bank, N.A. Elan Financial Services
Bankruptcy Department
P.O. Box 108
Sant Louis, MO 63166

Target
c/o Financial & Retail Srvs
Mailstop BT POB 9475
Minneapolis, MN 55440

U.S. Bank National Association
dba Elan Financial Services
Bankrupty Dept.
P.O. Box 108
Saint Louis, MO 63166

U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402