UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: Joseph P. Shaine<br><br>Debtor(s). | Ch. 13<br><br>23-40650-EDK |
|---|---|

**Proceeding Memorandum and Order**

**MATTER:**
#123 Motion of Carl D. Aframe to Withdraw as Counsel to the Debtor
#128 Response filed by J. Doe, Barbara Sennett, and Hans Wagner

**Decision set forth more fully as follows:**

Granted, however, Attorney Aframe remains subject to the provisions of Massachusetts Local Bankruptcy Rule 13-7, as amended by Amended Standing Order 2019-03.

Dated: 05/16/2024

By the Court,

[signature]

Elizabeth D. Katz
United States Bankruptcy Judge