UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | CASE NO. 23-40650 |
| JOSEPH P. SHAINE, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

**MOTION TO DISMISS CHAPTER 13**

To the Honorable Elizabeth D. Katz,

Now comes Joseph P. Shaine, the Debtor, to request dismissal of his Chapter 13. The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208.

Joseph P. Shaine
7 North End Rd.
Townsend, MA 01469
978-597-0977