UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
|  | ) | CASE NO. 23-40650-EDK |
| JOSEPH P. SHAINE, | ) |  |
|  | ) |  |
| Debtor | ) |  |
|  | ) |  |

**<u>CREDITORS' NON-OPPOSITIONAL RESPONSE TO DEBTOR'S VOLUNTARY MOTION TO DISMISS CASE</u>**

To the Honorable Elizabeth D. Katz, U.S. Bankruptcy Judge:

Now come the Creditors, Barbara Sennett, Hans Wagner, and J. Doe[1] (collectively, "Creditors"), and respectfully submit this Non-Oppositional Response to the Debtor's Voluntary Motion to Dismiss Case. The Creditors note at the outset that the Debtor has an unqualified right to dismiss this case, subject to exceptions not relevant here. Therefore, the Creditors do not oppose the Debtor's Motion to Dismiss as there is no legal or factual basis on which to do so. However, the Creditors write only to ensure that the dismissal sought by the Debtor is granted *with prejudice to filing another case under Title 11 for a period of 180 days.*

On or about March 22, 2024, the Creditors filed a Motion for Relief from Stay and Co-Debtor Stay (Doc. 106) seeking relief to continue certain pre-petition litigation against the Debtor in state court. That Motion was granted on May 29, 2024. Therefore, pursuant to 11 U.S.C. § 109(g)(2), the Debtor may not file another case under Title 11 for a period of 180 days. The Creditors respectfully request that any order of dismissal be with prejudice as provided by the above-cited statute.

*WHEREFORE*, the Creditors, Barbara Sennett, Hans Wagner, and J. Doe, respectfully request that this Honorable Court Dismiss the Debtor's Case with prejudice.

---

[1] J. Doe is a pseudonym. J. Doe is a minor child whose name is therefore redacted pursuant to Fed. R. Bankr. P. 9037.

    Respectfully submitted,
    The Creditors,
    Barbara Sennett
    Hans Wagner, and
    J. Doe,

    By their attorney,

    /s/ Cynthia R. Ravosa
    Cynthia R. Ravosa, Esquire
    Massachusetts Bankruptcy Center
    One South Avenue
    Natick, MA 01760
    (508)-655-3013
    (617) 720-1104 (fax)
    BBO No. 696996
    massachusettsbankruptcycenter@gmail.com

Dated: May 29, 2024

## CERTIFICATE OF SERVICE

I, Cynthia R. Ravosa, Esq., counsel for the Creditors Barbara Sennett, Hans Wagner, and J. Doe, hereby certify that on this 29th day of May, 2024, I served the foregoing *Response* by causing a true copy thereof to be delivered electronically to:

**23-40650 Notice will be electronically mailed to:**

Matthew M. Hamel on behalf of Plaintiff Barbara Sennett
mhamel@ravosalaw.com

Matthew M. Hamel on behalf of Plaintiff Hans Wagner
mhamel@ravosalaw.com

Matthew M. Hamel on behalf of Plaintiff J. Doe
mhamel@ravosalaw.com

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

David A. Mawhinney-Ch13
davidmawhinney@ch13worc.com

Cynthia Ravosa on behalf of Creditor Barbara Sennett
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Creditor Hans Wagner

massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Creditor J. Doe
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff Barbara Sennett
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff Hans Wagner
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Cynthia Ravosa on behalf of Plaintiff J. Doe
massachusettsbankruptcycenter@gmail.com, MassachusettsBankruptcyCenter@jubileebk.net

Richard S. Ravosa on behalf of Plaintiff Barbara Sennett
massachusettsbankruptcycenter@gmail.com, G63887@notify.cincompass.com

Richard S. Ravosa on behalf of Plaintiff Hans Wagner
massachusettsbankruptcycenter@gmail.com, G63887@notify.cincompass.com

Richard S. Ravosa on behalf of Plaintiff J. Doe
massachusettsbankruptcycenter@gmail.com, G63887@notify.cincompass.com

**Notice was sent by First Class Mail, Postage Prepaid, to:**

Joseph P. Shaine
7-9 North End Road
Townsend, MA 01469

Dated: May 29, 2024

/s/ Cynthia R. Ravosa
CYNTHIA R. RAVOSA