

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Joseph P. Shaine | Ch. 13 |
|---|---|---|
| | | 23-40650-EDK |
| | Debtor(s). | |

### Proceeding Memorandum and Order

**MATTER:**
#102 Motion of J. Doe, Barbara Sennett, and Hans Wagner to Convert case to Chapter 7
#122 Objection filed by Debtor

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO AUGUST 14, 2024 AT 12:30 PM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY; PARTIES MAY PARTICIPATE BY DIALING 646-828-7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED.

Dated: 05/31/2024

By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge