

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Joseph P. Shaine | Ch. 13 |
|---|---|---|
| | Debtor(s). | 23-40650-EDK |

## Proceeding Memorandum and Order

**MATTER:**
#52 Objection of Debtor to Claim (No.6) filed by J. Doe; Claim (No.7) filed by Barbara Senett; and Claim (No.8) filed by Hans Wagner
#79 Opposition filed by Claimants

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO AUGUST 14, 2024 AT 12:30 PM. THE CONTINUED HEARING WILL BE CONDUCTED TELEPHONICALLY; PARTIES MAY PARTICIPATE BY DIALING 646-828-7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED.

Dated: 05/31/2024                                                By the Court,

*Elizabeth D. Katz*

Elizabeth D. Katz
United States Bankruptcy Judge